IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:09cv673-MEF |
| | ) |
| ERIC K. SHINSEKI, Secretary, | ) |
| Department of Veterans Affairs, | ) |
| | ) |
|    Defendant. | ) |

# **ORDER**

On January 11, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 25).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED, the defendant's motion for summary judgment (doc. # 20) is GRANTED, judgment is GRANTED in favor of the defendant and against the plaintiff, and that this case is DISMISSED with prejudice.  It is further

ORDERED that the costs of this proceeding be and are hereby TAXED against the plaintiff.

Done this the 3rd day of February, 2011.

                                                      /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE